...

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 741 -- In re Gar C. May & Entities Securities and Insurance Coverage Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/08/18 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS -- (A-1 - A-3) Filed by Gar C. May and Azar May -- SUGGESTED TRANSFEREE DISTRICT: SOUTHERN DISTRICT OF CALIFORNIA -- SUGGESTED TRANSFEREE JUDGE: ? -- w/cert. of svc. (rh) |
| 87/08/28 | | APPEARANCES: JACK STAITMAN, ESQ. for Blue Ridge Ins. Co.; JAMES F. COOK, JR., ESQ. for State Farm Fire & Casualty Co.; JOHN P. MacNAUGHTON, ESQ. for Robert L. Boisky and Jean H. Boisky; T. RYAN MOCK, JR., ESQ. for R. Gary Yount; and WILLIAM H. WAYSMAN, ESQ. for Gar C. May and Azar May  (cds) |
| 87/08/31 | 2 | NOTICE OF RELATED ACTION -- Filed by Gar C. May -- Admiral Insurance Co. v. Mayzar Realty, Inc., et al., W.D. Oklahoma, C.A. No. CIV-87-1508 A -- w/cert. of svc. (rh) |
| 87/08/31 | | APPEARANCES: HARRY V. MCGAHEY, ESQ. for Keith Skane; ROBERT M. MAYMAN, ESQ. for Hamid Ameri; D. KAYE HAMILTON, ESQ. for Mayzar Real Estate, Inc.; MONTY G. MASON, II, ESQ. for C. Ed Schuetz, Joseph Livernash, Stanley Crume, Oil Baron's Club, Elmer Mikkelson, Sally Mikkelson, Solveg Sue Kelly (rh) |
| 87/09/02 | 3 | RESPONSE/BRIEF (to pldg. #1) -- Pltf. State Farm Fire and Casualty Company -- W/Cert. of Svc. (paa) |
| 87/09/03 | 4 | RESPONSE (to pldg. #1) -- Defts. Robert L. Boisky, et al. -- W/Affidavit and Cert. of Svc. (paa) |
| 87/09/15 | 5 | LETTER -- (Movants) Request for filing reply late -- GRANTED -- (paa) |
| 87/09/15 | 6 | REPLY -- Movants Gar C. May and Azar May -- W/Exhibits 1 & 2 and certificate of service -- (paa) |
| 87/09/15 | 7 | NOTICE OF RELATED ACTION -- Movants -- Robert Easterwood v. AMCO Development Co., Inc., et al., S.D. California, C.A. No. Civ-87-1263R(M) -- (paa) |
| 87/10/13 | | HEARING ORDER -- setting motion for transfer for Panel hearing in Dallas, Texas on November 18, 1987  (cds) |
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |

741

| Date | No. | Entry |
|---|---|---|
| 87/10/26 | 8 | AMENDMENT TO MOTION -- Gar C. May and Azar May -- To Include Three Additional Actions -- B-4 Admiral Insurance Company v. Gar C. May, et al., W.D. Oklahoma, C.A. No. 87-81508A; B-5 Robert Easterwood v. AMGO Development Company, Inc., et al., S.D. California, C.A. No. 87-1263R (M) and B-6 John Davis v. AMGO Development Company, Inc., et al., S.D. California, C.A. No. 87-1437 B (M) -- w/cert. of svc. (tmq) |
| 87/10/26 | 9 | NOTICE OF RELATED ACTION -- Gar C. May regarding B-6 John Davis v. AMGO Development Company, Inc., et al., S.D. California, C.A. No. 87-1437 B (M), |
| 87/10/26 | 10 | SUPPLEMENTAL RESPONSE (to pldg. #4) -- Filed by Robert L. Boisky and Jean H. Boisky -- w/cert. of svc. (tmq) |
| 87/11/10 | 11 | RESPONSE/BRIEF (to pldg. # 8) ADMIRAL INSURANCE CO. w/cert. of svc. & REQUEST TO BE INCLUDED in November 18 hearing. (rew) |
| 87/11/13 | 12 | RESPONSE (to pldg. #8) -- pltfs. in (B-6) John Davis and (B-5) Robert Easterwood -- w/Exhibit A and cert. of service (cds) |
| 87/11/17 | | HEARING APPEARANCES: (For Hearing on 11/18/87 in Dallas, Texas) -- B. ELAINE THOMPSON, ESQ. for Gar C. May and Azar May; JAMES F. COOK, JR., ESQ. for Jean H. Boisky, Robert L. Boisky and State Farm Fire & Casualty Co.; MONTY G. MASSON, II, ESQ. for John Davis, Robert Easterwood, et al. AND RICHARD E. HORNBEEK, ESQ. for Admiral Insurance Co. (rh) |
| 87/11/25 | | A-1, A-2 & A-3 ORDER DENYING TRANSFER -- of litigation pursuant to 28 U.S.C. §1407 -- Notified involved judges, clerks, counsel and misc. recipients (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 741 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Gar C. May & Entitites Securities and Insurance Coverage Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| November 18, 1987 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | November 25, 1987 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: November 25, 1987

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 741 -- In re Gar C. May & Entities Securities and Insurance Coverage Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert L. Boisky, et al. v. Gar C. May, et al. | Ga.,N. Freeman | C86-1260A | | | | denied O&O 11/25 |
| A-2 | State Farm Fire & Casualty Company v. Robert L. Boisky, et al. | Ga.,N. Freeman | C86-2593A | | | | denied O&O 11/25 |
| A-3 | Blue Ridge Insurance Company v. Gar C. May, et al. | Cal.,S. Enright | 86-2015 R | | | | denied O&O 11/25 |
| B-4 | Admiral Insurance Company v. Gar C. May, et al. | Okla.,W. Alley | 87-81508A | | | | |
| B-5 | Robert Easterwood v. AMGO Development Company, Inc., et al. | Cal.,S. Real | 87-1263R (M) | | | | |
| B-6 | John Davis v. AMGO Development Company, Inc., et al. | Cal.,S. | 87-1437 B (M) | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 741 -- In re Gar C. May & Entities Securities and Insurance Coverage Litigation

---

ROBERT L. BOISKY, ET AL. (A-1)
John P. McNaughton, Esq.
Swift, Currie, McGhee & Hiers
771 Spring Street, N.W.
Post Office Box 54247
Atlanta, GA   30379

STATE FARM FIRE & CASUALTY CO. (A-2)
James F. Cook, Jr., Esq.
Drew, Eckl & Farnham
1400 West Peachtree St.
Atlanta, GA   30357

BLUE RIDGE INSURANCE COMPANY (A-3)
Jack M. Staitman, Esq.
Staitman & Snyder
15760 Ventura Blvd., Suite 601
Encino, CA   91436

R. GARY YOUNT
T. Ryan Mock, Jr., Esq.
Freeman & Hawkins
2800 First Atlanta Tower
Atlanta, GA   30383

GAR C. MAY
AZAR MAY
William H. Waysman, Esq.
Law Office of Marc I. Kent
11365 Ventura Blvd., Suite 150
Studio City, CA   91604

SCOT MUSE
AMGO DEVELOPMENT COMPANY, INC.
(NO APPEARANCE RECEIVED)
David S. Eldridge, Esq.
1100 N. Shartel
N.W. 10th and Shartel
Oklahoma City, OK   73103

RONELL STINSON
(NO APPEARANCE RECEIVED)
RONELL STINSON
806 Cumberland Street
Muskogee, OK   74403

HAMID AMERI

Robert Mayman, Esq.
1900 Avenue of the Stars
Suite 2300
Los Angeles, CA   90067

MAYZAR OIL COMPANY
MAYZAR REAL ESTATE, INC.

Kay Hamilton, Esq.
Law Offices of Kathleen Phipps
433 North Camden Drive
Suite 600
Beverly Hills, CA   90210

KEITH SKANE

Harry V. McGahey, Esq.
1200 Third Avenue
Suite 1100
San Diego, CA   92101

ROBERT L. BOISKY
JEAN H. BOISKY
(NO APPEARANCE RECEIVED)
John P. McNaughton, Esq.
Swift, Currie, McGhee & Hiers
771 Spring Street, N.W.
Post Office Box 54247
Atlanta, GA   30379-2401   (SAME AS A-1)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 741 -- In re Gar C. May & Entities Securities and Insurance Coverage Litigation

---

C. ED SCHUETZ; ROBERT EASTERWOOD (B-5)
JOSEPH LIVERNASH; JOHN DAVIS (B-6)
STANLEY CRUME
OIL BARON'S CLUB
ELMER MIKKELSON
SALLY MIKKELSON
SOLVEG SUE KELLY
Monty G. Mason II, Esq.
16400 Ventura Boulevard
Suite 319
Encino, CA 91436


ADMIRAL INSURANCE COMPANY (B-4)
Murray E. Abowitz, Esq.
Abowitz & Welch
15 North Robinson
10th Floor
P.O. Box 1937
Oklahoma City, Oklahoma 73101

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 741 -- In re Gar C. May & Entities Securities and Insurance Coverage Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Gar C. May | A-1, A-2, A-3 |
| Azar May | A-1, A-2, |
| Scott Muse | A-1, A-2 |
| Ronell Stinson | A-1, A-2 |
| Hamid Ameri | A-1, A-2 |
| AMGO Development Company | A-1, A-2 |
| Mayzar Oil Company, Inc. | A-1, A-2 |
| R. Gary Yount | A-1, A-2 |
| Keith Skane | A-1, |
| Robert L. Boisky | A-2, A-3 |
| Jean H. Boisky | A-2, A-3 |

p. 2

| | |
|---|---|
| Mayzar Real Estate, Inc. | A-3 |
| Elmer F. Mikkelson | A-3 |
| Sally Mikkelson | A-3 |
| Solveg Sue Kelly | |
| C. Ed Schuetz | A-3 |
| Joseph H. Livernash | A-3 |
| Stanley Crume | A-3 |
| The Oil Barons Club | A-3 |
| | |
| | |
| | |

p. 2